UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER L. RICHARDS | CIVIL ACTION |
| VERSUS | NO. 16-13310 |
| DARYL VANNOY, WARDEN | SECTION ""(1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections filed to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 23, 2017 (Rec. Doc. No. 16), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Ronald L. Richards's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of September, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE